■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TALIB ALSAIFULLAH, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [40 NYS3d 294]—Appeal from an order and judgment of the Supreme Court (Feldstein, J.), entered January 21, 2016 in Franklin County, which, among other things, denied petitioner's application, in a proceeding pursuant to CPLR article 70, without a hearing.

Order and judgment affirmed. No opinion.

Garry, J.P., Egan Jr., Rose, Devine and Mulvey, JJ., concur. Ordered that the order and judgment is affirmed, without costs.